Darryl L. Jones, Esq.
905 Photo Avenue
Anchorage, Alaska 99503
Tel (907) 278-1212
Fax (907) 278-1213

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

Miranda Ditullio,

Plaintiff,

vs.

Josef F. Boehm,

Defendant.

Case No. 3:09-CV-00113-JWS

**AMENDED COMPLAINT**

COMES NOW, the Plaintiff, by and through undersigned Counsel, who for her amended complaint states and alleges:

**NATURE OF ACTION**

1. This is an action for the violation of Plaintiff's basic civil rights, including, but not limited to the Defendant's actions in willfully and knowingly engaging in individual action and a conspiracy aimed at sexual trafficking of a minor, the distribution of a controlled substance to a minor, controlling a place for the distribution and providing controlled substances to a minor, the involuntary servitude of a minor and performing multiple sexual acts and abuse on a minor when incapacitated and under the influence of crack cocaine.

LAW OFFICE OF DARRYL L. JONES
905 Photo Avenue
Anchorage, Alaska 99503
Tel: (907) 278-1212
Fax: (907) 278-1213

**JURISDICTION**

2. To the extent defendant conspired to deprive plaintiff of rights protected by the 13th Amendment of the U.S. Constitution this Court's federal question jurisdiction is invoked under 42 U.S.C. § 1985.

3. To the extent defendant conspired or violated 18 U.S.C. § 1591: jurisdiction is invoked pursuant to 18 U.S.C. § 1595 which statute gives a private right of action for civil damages.

4. To the extent defendant conspired or violated 18 U.S.C. § 371 and 21 U.S.C. §§ 846,841, & 859, jurisdiction of the court if invoked under 28 U.S.C. § 1331.

5. To the extent any State law claims are asserted or could be asserted from the facts stated herein, plaintiff asks this court to exercise its pendant jurisdiction over those State law claims.

**PARTIES**

6. Plaintiff, Miranda Ditullio, is a resident of the State of Alaska, Third Judicial District, at Anchorage.

7. Defendant Josef F. Boehm, at all times relevant, was a resident of the State of Alaska, Third Judicial District, at Anchorage, Alaska.

**FACTUAL BACKGROUND**

8. All preceding paragraphs of this complaint are restated and incorporated herein and plaintiff further states and complains:

LAW OFFICE OF DARRYL L. JONES
905 Photo Avenue
Anchorage, Alaska 99503
Tel: (907) 278-1212
Fax: (907) 278-1213

9. In or about March 2003 until on or about December 2003 when Plaintiff was a minor under the age of 16 years, defendant did knowingly recruit and entice plaintiff to engage in commercial sex acts.

10. In or about March 2003 until on or about December 2003 when Plaintiff was a minor under 16 years of age, defendant Josef F. Boehm did knowingly engage in sexual penetration with plaintiff.

11. In or about March 2003 until on or about December 2003 when Plaintiff was a minor under 16 years of age defendant did encourage plaintiff to engage in sexual penetration with other persons.

12. In or about March 2003 and continuing until about December 2003, when Plaintiff was a minor under 18 years of age, defendant did knowingly recruit and entice plaintiff to engage in commercial sex acts.

13. In or about March 2003 and continuing until about December 2003, when Plaintiff was a minor under the age of 18, defendant Josef F. Boehm did knowingly engage in sexual penetration with plaintiff without her consent, while she was incapacitated and did not know a sexual act was being committed against her.

14. Defendant conspired with others to provide plaintiff with cocaine, cocaine base, and other illegal substances with the intent of getting plaintiff addicted to drugs so he could control her and keep her within his grasp through threat of force and severe psychological coercion. In providing illegal substances to the plaintiff, defendant violated 21 U.S.0 §§ 846, 841 and 859.

LAW OFFICE OF DARRYL L. JONES
905 Photo Avenue
Anchorage, Alaska 99503
Tel: (907) 278-1212
Fax: (907) 278-1213

15. Defendant furthered his conspiracy by using illegal substances and coercion to control the plaintiff and to have sex with the plaintiff and to coerce the plaintiff into having sex with others at his place of residence, his condominium, and in various hotels, all of which was a violation of 18 U.S.C. § 371 and 18 U.S.C. § 1591.

16. Defendant made cocaine and other illegal substances available to minors, including the plaintiff, so he could have sex with them and so he could let others have sex with them and to coerce and or force them into performing commercial sex acts in violation of 18 U.S.C. § 1591.

**FIRST CAUSE OF ACTION**
**(Violation of Civil Rights)**

17. Plaintiff restates and incorporates all proceeding paragraphs of this complaint into this first cause of action and further complains and alleges.

18. During the time she was used in the defendant's conspiracy, the plaintiff was forced through coercion and intimidation to labor directly for Josef Boehm and other members of the conspiracy by way of performing commercial sex acts and other sexual acts. Plaintiff was forced to provide sex to Josef Boehm and at times, with Josef Boehm's knowledge, was so strongly under the influence of illegal substances provided by defendants that she was incapacitated, could not render her consent and did not have knowledge of defendant Boehm's assault upon her.

LAW OFFICE OF DARRYL L. JONES
905 Photo Avenue
Anchorage, Alaska 99503
Tel: (907) 278-1212
Fax: (907) 278-1213

19. The plaintiff labored and endured Boehm's verbal, physical and sexual attacks because her will was completely overborne through the use of coercion, force, and illegal substances provided by the defendant, which substances were provided with the intent of overriding plaintiff's will.

20. Defendant deliberately induced in the plaintiff a certain state of mind with the intent to actively exploit the plaintiff.

21. The plaintiff was thus held in a condition of involuntary servitude from approximately March 2003 through December 2003.

22. To hold the plaintiff in such a condition is prohibited by the Thirteenth Amendment to the United States Constitution, as well as 18 U.S.C. § 1591 and constitutes a violation of plaintiff's civil rights.

23. All of the defendant's conduct resulted in the injuries to the plaintiff for which she is entitled to recover in an amount in excess of $ 5,000,000 (Five Million Dollars) collectively for all counts in this complaint with the exact amount to be proven at the time of trial.

**SECOND CAUSE OF ACTION**
**(Sexual Trafficking of a Minor)**

24. Plaintiff restates and incorporates all preceding paragraphs of this complaint into this second cause of action and further complains and alleges.

25. Josef Boehm plead guilty to conspiring to provide crack cocaine to minors, including plaintiff and admitted to conspiring to

LAW OFFICE OF
DARRYL L.
JONES
905 Photo Avenue
Anchorage, Alaska 99503
Tel: (907) 278-1212
Fax: (907) 278-1213

commit the crime of sex trafficking of children in violation of 18 U.S.C. § 1591.

26. Under 18 U.S.C. § 1595, plaintiff has a right to actual damages, both economic and non-economic and to actual attorney fees and costs incurred as a result of the violation of 18 U.S.C. § 1591.

27. Plaintiff claims damages in an amount in excess of $ 5,000,000 (Five Million Dollars) collectively for all counts in this complaint with the exact amount to be proven at the time of trial.

THIRD CAUSE OF ACTION

(Distribution of a Controlled Substance to a Minor)

28. Plaintiff restates and incorporates all proceedings paragraphs of this complaint into this third cause of action and further complains and alleges.

29. Josef Boehm pled guilty to conspiring to provide crack cocaine to minors, including the plaintiff.

30. As a result of defendant's conduct, plaintiff was addicted to illegal substances and plaintiff suffered both economic and non-economic losses.

31. Plaintiff claims damages in an amount in excess of $ 5,000,000 (Five Million Dollars) collectively for all counts in this complaint with the exact amount to be proven at the time of trial.

LAW OFFICE OF
DARRYL L.
JONES
905 Photo Avenue
Anchorage, Alaska 99503
Tel: (907) 278-1212
Fax: (907) 278-1213

**FOURTH CAUSE OF ACTION**
**(Sexual Assault of A Minor)**

32. Plaintiff restates and incorporates all preceding paragraphs of this complaint into this fourth cause of action and further complains and alleges.

33. When Plaintiff was a minor under the age of 16 years, defendant Josef F. Boehm, did knowingly engage in sexual penetration with plaintiff.

34. When Plaintiff was a minor under the age of 16 years defendant did coerce and force plaintiff to engage in sexual penetration with other persons.

35. When Plaintiff was a minor under the age of 18, defendant Josef F. Boehm did knowingly engage in sexual penetration with plaintiff without her consent, while she was incapacitated and did not know a sexual act was being committed against her.

**FIFTH CAUSE OF ACTION**
**(Intentional Infliction of Emotional Distress)**

36. Plaintiff restates and incorporates all preceding paragraphs of this complaint into this fourth cause of action and further complains and alleges.

37. During the period in which she was controlled and coerced by the defendant, the plaintiff was systematically subjected to a variety of extreme, outrageous practices by the defendant, which was designed to cause her severe emotional distress. These practices included, but were

LAW OFFICE OF DARRYL L. JONES
905 Photo Avenue
Anchorage, Alaska 99503
Tel: (907) 278-1212
Fax: (907) 278-1213

not limited to subjecting her to sexual acts with Josef Boehm and others, use of controlled substances, and being made to suffer extreme humiliation and assaults upon her person.

38. Plaintiff was subjected to coercion, control and confinement through mental coercion and force.

39. Defendant forced the plaintiff to adhere to a regimen of drug use, and of being subjected to sexual exploitation all of which had a mentally debilitating effect upon the plaintiff, leaving her confused, demoralized and unable to clearly think or reason.

40. Knowingly and intentionally subjecting the plaintiff to the aforementioned was, by design, intended to undermine and eventfully completely destroy the plaintiff's self-respect self-esteem and that concept of self and self-worth so the defendants could control the plaintiff.

41. All of the acts of the defendant described were carried out by the defendant without privilege, jurisdiction or the consent of the plaintiff.

42. The defendant's conduct was willful, wanton, extreme and outrageous, and was carried out by the defendant with a corrupt motive, for the purpose of causing the plaintiff extreme mental and emotional distress.

43. The defendant conduct did in fact cause the plaintiff extreme mental and emotional distress and anguish, and physical harm resulting from the emotional distress.

LAW OFFICE OF
DARRYL L. JONES
905 Photo Avenue
Anchorage, Alaska 99503
Tel: (907) 278-1212
Fax: (907) 278-1213

44. As a direct, proximate and foreseeable consequence of the defendants acts the plaintiff has suffered severe emotional and psychological injury the extent of which will be proven at the time of trial.

**SIXTH CAUSE OF ACTION**
**(Punitive Damages)**

45. Plaintiff restates and incorporates all preceding paragraphs of this complaint into this fifth cause of action and further complains and alleges.

46. Defendant intentionally sought to control and coerce the plaintiff and intentionally subjected the plaintiff to a variety of extreme, outrageous practices. These practices included, but were not limited to subject her to sexual acts with Josef Boehm and others, use of controlled substances for purposes of control, and being made to suffer extreme humiliation and assaults upon her person.

47. Defendant knowingly and intentionally subjected the plaintiff to the aforementioned by design, intending to undermine and eventually completely destroy the plaintiff's self-respect, self-esteem and that concept of self and self-worth so the defendant could control the plaintiff.

48. Defendant's conduct was intentional, outrageous and extreme and punitive damages must be assessed against the defendant in an amount of at least four times the amount of compensatory damages.

LAW OFFICE OF
DARRYL L.
JONES

905 Photo Avenue
Anchorage, Alaska 99503
Tel: (907) 278-1212
Fax: (907) 278-1213

WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

1. An award of compensatory damages for both economic and non-economic loss in an amount in excess of $ 5,000.000.00 with the exact amount to be proven at the time of trial.

2. An award of punitive damages in an amount equal to four times the amount of compensatory damages.

3. An award of prejudgment interest, and actual costs and attorney fees incurred in prosecuting this action.

4. Such other relief, whether similar or different than the relief prayed for herein and to which plaintiff may otherwise be entitled.

DATED this 20th day of October, 2009 at Anchorage, Alaska.

Darryl L. Jones, Esq.
Attorney for Plaintiff
ABA No: 8811188

LAW OFFICE OF DARRYL L. JONES
905 Photo Avenue
Anchorage, Alaska 99503
Tel: (907) 278-1212
Fax: (907) 278-1213

Darryl L. Jones. Esq.
905 Photo Avenue
Anchorage, Alaska 99503
Tel (907) 278-1212
Fax (9070 278-1213

Attorney for Plaintiff

IN THE UNTIED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Miranda Ditullio, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) |
| Josef F. Boehm, | ) |
| | ) |
| Defendant, | ) |
| | ) Case No. 3:09-CV-00113-JWS |

**CERTIFICATE OF SERVICE**

This is to certify that on October 20th 2009, a true and correct copy of the Amended Complaint was hand delivered to:

Law Office of Ernouf & Coffey
William S. Ernouf
3606 Rhone Circle, Suite 110
Anchorage, Alaska 99508

DATED this ____ day of October 2009 at Anchorage, Alaska.

Darryl L. Jones
ABA# 8811188