Darryl L. Jones, Esq.
905 Photo Avenue
Anchorage, Alaska 99503
Tel (907) 278-1212
Fax (907) 278-1213
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Miranda Ditullio, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| Josef F. Boehm, | ) ) |
| Defendant. | ) ) |

Case No. 3:09-CV-00113-JWS

**MOTION FOR CERTIFICATE OF APPEALABILITY
PURSUANT TO 28 U.S.C. § 1292(b)**

Plaintiff, by and through undersigned counsel, moves for certification of that portion of this Court's June 15, 2010 that determined that 18 U.S.C. § 1595 cannot be applied retrospectively to conduct prior to December 19, 2003. This motion if filed pursuant to 28 U.S.C. § 1292(b) and is supported by the memorandum of points and authorities filed herewith.

DATED this 16th day of July 2010.

_____/s_____
Darryl L. Jones, Esq.
Attorney for Plaintiff
ABA No: 8811188

LAW OFFICE OF
DARRYL L.
JONES

905 Photo Avenue
Anchorage, Alaska 99503
Tel: (907) 278-1212
Fax: (907) 278-1213

## CERTIFICATE OF SERVICE

I hereby certify that the plaintiff's MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S REQUEST FOR CERTIFICATION OF A PORTION OF THE COURT'S JUNE 15, 2010 ORDER PURSUANT TO 28 U.S.C. § 1292(b) and MOTION FOR CERTIFICATE OF APPEALABILITY PURSUANT TO 28 U.S.C.§ 1292(b) have been served on Sherman Ernouf (counsel for defendant) via electronic service on this 16th day of July, 2010.

Dated this 16th day of July, 2010.

_____/s_____
Darryl L. Jones, Esq.
Attorney for Plaintiff
ABA No: 8811188