W. Sherman Ernouf
Law Offices of Ernouf & Coffey, P.C.
3606 Rhone Circle, Suite 110
Anchorage, Alaska 99508
(tel): (907) 274-3385
(fax): (907) 274-4258
email: sernouf@eclawfirm.net

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

| | |
|---|---|
| MIRANDA DITULLIO, | ) |
| Plaintiff | ) ) ) |
| v. | ) ) |
| JOSEF F. BOEHM, | ) ) ) ) |
| Defendant. | ) ) Case No. 3:09-CV-00113-JWS |

## MOTION FOR PARTIAL SUMMARY JUDGMENT

COMES NOW, Defendant Josef F. Boehm, by and through The Law Offices of Ernouf and Coffey, P.C., and hereby requests that this Court enter an order for partial summary judgment finding no liability under 18 U.S.C. § 1595(a) pursuant to Fed.R.Civ.P. 56(c). This motion is supported by the attached Memorandum of Law.

Dated at Anchorage, Alaska this 8th day of June, 2012.

                                               s/W. Sherman Ernouf
                                               Law Offices of Ernouf & Coffey, P.C.
                                               3606 Rhone Circle, Suite 110
                                               Anchorage, AK 99508
                                               (tel): (907) 274-3385

(fax): (907) 274-4258
email: sernouf@eclawfirm.net
Alaska Bar No. 9806026

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of June, 2012, a copy of the foregoing was served electronically on Daryl L. Jones, Esquire.

s/W. Sherman Ernouf