MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*Ditullio v. Boehm*

THE HONORABLE JOHN W. SEDWICK                              3:09-cv-113 JWS

PROCEEDINGS:     **ORDER FROM CHAMBERS**                   August 8, 2012

     At docket 147, defendant asked the court to reconsider its order at docket 146 which denied his motion for summary judgment. The court requested a response from plaintiff because defendant was contending that plaintiff had misled the court regarding the documents that she said refreshed her recollection. Plaintiff's response at docket 150 has laid that concern to rest. Thus, the motion may be evaluated according to the familiar standard governing reconsideration of prior orders. As the Ninth Circuit has explained, reconsideration is appropriate where there is new evidence, there has been an intervening change in the law, or it is necessary to prevent manifest injustice. *E.g., Navajo Nation v. Norris,* 331, F.3d 1041, 1046 (9th Cir. 2003). Applying that standard, the motion for reconsideration clearly lacks merit. The motion at docket 147 is DENIED.

                      _____