Darryl L. Jones, Esq.
905 Photo Avenue
Anchorage, Alaska 99503
Tel (907) 278-1212
Fax (907) 278-1213

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Miranda Ditullio, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| Josef F. Boehm, | ) ) |
| Defendant. | ) ) |
| _____ ) | Case No. 3:09-CV-00113-JWS |

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S**
**THIRD MOTION TO DISMISS (DOCKET 154)**

At docket 154, defendant has filed a third motion to dismiss wherein he seeks dismissal of plaintiff's fifth cause of action. Plaintiff's fifth cause of action seeks damages for intentional infliction of emotional distress. For the reasons stated herein, defendant's motion must be denied. Plaintiff's fifth cause of action is not time barred under Alaska law.

Under Alaska law, statutes of limitations are disfavored defenses. <u>Kim v. Alyeska Seafoods, Inc</u>., 197 P.3d 193 (Alaska 2008). [*30] Statutes of limitations are not such meritorious defenses that either law or fact should be strained in aid of them. <u>Safeco Insurance Company America v. Honeywell, Inc</u>., 639 P.2d 996 (1981). The Alaska Supreme Court has established rules of construction reflecting that disfavor. When more than one statute can

1

reasonably apply, the more specific statute controls over the more general. <u>City of Fairbanks v. Amoco Chemical Co</u>. 952 P.2d 1173, 1181 (Alaska 1998). If two limitations statutes may reasonably apply, preference is given to the longer. <u>Id</u>. citing <u>Lee Houston & Assocs. v. Racine</u>, 806 P.2d 848, 855 (Alaska 1991).

In the instant case, there are two statutes that can reasonably be applied and the one defendant relies upon (AS 09.10.070) is the general. The more specific statute to be applied is AS 09.10.065. The general statute provides a two-year period to bring a tort claim. AS 09.10.070. However, the more specific statute that would be applied under Alaska law, AS 09.10.065, provides no limitations period. Because the more specific statute provides there is no limitations period, the more specific and longer statute must control under Alaska law.

AS 09.10.065 applies if the conduct complained of would have amounted to a violation of provisions of any of the following offenses:

    (1) felony sexual abuse of a minor;

    (2) felony sexual assault; or

    (3) unlawful exploitation of a minor.

See AS 09.10.065. In the instant case, the conduct complained of in plaintiff's fifth cause of action amounts to felony sexual abuse of a minor and felony sexual assault. Therefore, AS 09.10.065 applies and there is no limitations period that bars plaintiff's claims. Accordingly, defendant's motion to dismiss plaintiff's fifth cause of action must be denied.

DATED this 18th day of September 2012.

                                                                _____/s_____
                                                                Darryl L. Jones, Esq.
                                                                Attorney for Plaintiff
                                                                ABA No: 8811188