```
             MINUTES OF THE UNITED STATES DISTRICT COURT
                        DISTRICT OF ALASKA
```

      MIRANDA DITULLIO         vs.          JOSEF BOEHM

BEFORE THE HONORABLE SHARON L. GLEASON  CASE NO. 3:09-cv-00113-JWS

DEPUTY CLERK/RECORDER: SUZANNETTE DAVID

APPEARANCES:    PLAINTIFF: DARRYL L. JONES

                DEFENDANT: WILLIAM S. ERNOUF

PROCEEDINGS: SETTLEMENT ON THE RECORD HELD SEPTEMBER 18, 2012:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 3:53 p.m. court convened.

Court and counsel heard re parties have reached an agreement.

$400,000 to be paid to the plaintiff within 30 days.

Court and counsel heard re Mr. Ernouf has the authority to enter the agreement on behalf of his client.

Mr. Ernouf to notify the court tomorrow re early disbursement of funds.

At 3:55 p.m. court adjourned.

OFF RECORD NOTE: Court ordered parties to file a stipulation to dismiss within 30 days.

DATE:    September 18, 2012      DEPUTY CLERK'S INITIALS:   SCD

Revised 6/18/07