W. Sherman Ernouf
Law Offices of Ernouf & Coffey, P.C.
3606 Rhone Circle, Suite 110
Anchorage, Alaska 99508
(tel):   (907) 274-3385
(fax):  (907) 274-4258
email: sernouf@eclawfirm.net

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

| | |
|---|---|
| MIRANDA DITULLIO, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| JOSEF F. BOEHM, | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| Defendant. | ) |
| _____ | ) Case No. 3:09-CV-00113-JWS |

## DEFENDANT'S STATUS REPORT

COMES NOW, Defendant, by and through his attorney of record, and hereby submits this status report on the progress in implementing the settlement.

As of October 18, 2012, the settlement in this matter has been effectuated.

Dated at Anchorage, Alaska this 18th day of October, 2012.

The Law Offices of Ernouf & Coffey, PC

s/ W. Sherman Ernouf
W. Sherman Ernouf, Esq.

Page 1 of 2

Attorney for Defendant Josef Boehm
3606 Rhone Circle, Ste. 110
Anchorage, Alaska 99508
sernouf@eclawfirm.net
Alaska Bar No. 9806026

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of October, 2012, a copy of the foregoing
was served electronically on Daryl L. Jones, Esquire.