Darryl L. Jones, Esq.
905 Photo Avenue
Anchorage, Alaska 99503
Tel (907) 278-1212
Fax (907) 278-1213

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Miranda Ditullio,<br><br>    Plaintiff,<br><br>vs.<br><br>Josef F. Boehm,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:09-CV-00113-JWS |

## STIPULATION TO DISMISS

The parties having entered into a full and final settlement of all issues in the above captioned matter and the terms of the settlement having been implemented;

Plaintiff, Miranda Ditullio and defendant, Josef F. Boehm, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, stipulate and agree that this matter is dismissed, with prejudice, each side to bear their own costs and fees.

DATED this 2nd day of November 2012.

                                                         /s_____
                                          Darryl L. Jones, Esq.
                                          Attorney for Plaintiff
                                          ABA No: 8811188

DATED, this 2nd day of November 2012.

                                              /s/
                                  W. Sherman Ernouf
                                  Law Offices of Ernouf & Coffey, P.C.
                                  3606 Rhone Circle, Suite 110
                                  Anchorage, AK 99508
                                  (tel): (907) 274-3385

## **ORDER**

APPROVED AND ORDERED, this case is dismissed with prejudice, each side to bear their own costs and fees.

DATED this __ day of November 2012.


                                  _____
                                  John W. Sedwick
                                  Judge, U.S. District Court